IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTORIA FAWN TERRAZAS,

    Plaintiff,

v.                                              Case No.  21-cv-1018 KG/GBW

GLOBE ACCEPTANCE, INC.,

    Defendant.

## FINAL JUDGMENT

On August 23, 2022, the Court entered a Memorandum Opinion and Order (Doc. 13) granting Defendant Globe Acceptance, Inc.'s Motion to Dismiss for Failure to State a Claim (Doc. 4). The Court granted *pro se* Plaintiff Victoria Dawn Terrazas 30 days—or, until September 22—to file an amended complaint curing the noted deficiencies. (Doc. 13).

Because Ms. Terrazas has not filed an amended complaint, the Court now enters this Final Judgment. Pursuant to Federal Rule of Civil Procedure 58 and the earlier Memorandum Opinion and Order (Doc. 13), all claims brought by Ms. Terrazas against Globe Acceptance are hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                                  UNITED STATES DISTRICT JUDGE